**Opinion issued March 11, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-20-00756-CV

———————————

**LINDA WEST, INDIVIDUALLY AS WRONGFUL DEATH BENEFICIARY OF ROBERT WEST, JR. DECEASED AND ON BEHALF OF THE ESTATE OF ROBERT WEST JR., Appellant**

**V.**

**IRA H. LIEBER, M.D., LIEBER-MOORE CARDIOLOGY ASSOCIATES, -P.A., AND TEXAS CARDIOLOGY ASSOCIATES OF HOUSTON, Appellees**

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Case No. 2018-78506**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion for voluntary dismissal of her appeal. *See* TEX. R. APP. P. 42.2(a). The Court has not yet issued a decision in this appeal.

Accordingly, we grant appellant's motion and dismiss the appeal. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Hightower.